UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division



UNITED STATES OF AMERICA,

    v.                                                  CRIMINAL NO. 4:07cr48

THOMAS M. BRADDY, JR.,

        Defendant.

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the defendant to Counts one, Thirty-six, and Forty-one of the indictment is now ACCEPTED and the defendant is ADJUDGED GUILTY of such offenses. Sentencing is hereby scheduled for October 1, 2007, at 10:00 a.m.

The Clerk is DIRECTED to forward a copy of this Order to counsel for defendant and to the Assistant United States Attorney.

IT IS SO ORDERED.

                                                        /s/ *RBS*
                                             Rebecca Beach Smith
                                             United States District Judge

                                             Rebecca Beach Smith
                                             UNITED STATES DISTRICT JUDGE

Norfolk, Virginia

June 19, 2007